FILED
MAR -5 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) **1:25 CR 00091** |
| v. | ) CASE NO._____ |
| | ) Title 18, United States Code, |
| BRIAN PRESTON, | ) Sections 922(g)(1) and |
| | ) 924(a)(8) |
| Defendant. | ) |

**JUDGE ADAMS**

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 19, 2024, in the Northern District of Ohio, Eastern Division, Defendant BRIAN PRESTON knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Felonious Assault, on or about August 8, 2018, in Case Number CR-18-629792, in Cuyahoga County Common Pleas Court, Robbery, on or about July 13, 2016, in Case Number CR-16-606081, in Cuyahoga County Common Pleas Court, and Robbery, on or about June 24, 2013, in Case Number CR-13-573388, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce ammunition, to wit: six (6) Blazer 9mm cartridge casings, bearing headstamp "Blazer

9mm Luger," said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.